IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GARY WAYNE HOLLOMAN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-189
)
LIBERTY COUNTY SHERIFF'S )
DEPARTMENT, DON MARTIN, )
LIBERTY COUNTY DISTRICT )
ATTORNEY, and CHARLES P. )
ROSE, JR., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 24th day of February, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA